# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| YANCY WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-16-117-W |
| | ) | |
| GUIDEONE MUTUAL INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER:**

Case settled after further settlement discussions held.  A 30 day administrative closing order will be entered.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

                                                            CARMELITA REEDER SHINN,
                                                            CLERK


                                                            By:   /s/ Bonnie Simpson
                                                                   Deputy Clerk

Dated:   September 23, 2016