## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. YANCY WALKER,              ) | |
|                               ) | |
|          Plaintiff,           ) | |
|                               ) | |
| v.                            ) | Case No.: CIV-16-117-W |
|                               ) | |
| 1. GUIDEONE MUTUAL INSURANCE  ) | |
|    COMPANY,                   ) | |
|                               ) | |
|          Defendants.          ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the attorneys for Plaintiff and for Defendant, respectively, and hereby stipulate and agree that the above-captioned cause may, upon order of the Court, be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims involved in the above-captioned cause has been made between the parties and the said parties hereby request the Court to dismiss said action with prejudice, pursuant to this stipulation.

Joe E. White, Jr., OBA No. 12930
Charles C. Weddle III, OBA No. 18869
White & Weddle, P.C.
630 N.E. 63rd Street
Oklahoma City, OK 73105
-and-
Mark W. Albert, OBA No. 12575
Albert & Albert
P.O. Box 1748
Elk City, OK 73648
*Attorneys for Plaintiff*

/s Greg D. Givens
Greg D. Givens, OBA No. 10310
Sheila R. Benson, OBA No. 19050
Stephanie L. Khoury, OBA No. 22661
Givens Law Firm
136 N.W. 10th Street, Suite 100
Oklahoma City, OK  73103
*Attorneys for Defendant, GuideOne*
*Mutual Insurance Company*